**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-1-D |
| | ) | |
| JOSHUA TODD KETCHERSIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is the Post Conviction Motion Requesting Sentencing Court to Correct Sentence Imposed [Doc. No. 273]. The government has filed a response [Doc. No. 274]. Defendant requests the Court give him credit on his federal sentence for the time served between December 28, 2021, and July 22, 2025.

Upon review of Defendant's filing, it appears that he is challenging the execution of his federal sentence. However, in order to do this, Defendant must file a habeas corpus petition under 28 U.S.C. § 2241. A § 2241 habeas corpus petition "attacks the execution of a sentence." *Brace v. United States*, 634 F.3d 1167, 1169 (10th Cir. 2011) (quoting *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996)); *see also Bloomgren v. Belaski*, 948 F.2d 688, 689 (10th Cir. 1991). The § 2241 habeas corpus petition also "must be filed in the district where the petitioner is confined." *Bradshaw*, 86 F.3d at 166.[1]

Accordingly, the Post Conviction Motion Requesting Sentencing Court to Correct Sentence Imposed [Doc. No. 273] is **STRICKEN**.

---

[1] Defendant is currently confined at USP Allenwood in Pennsylvania.

**IT IS SO ORDERED** this 14th  day of May, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE